# Court of Appeals
# of the State of Georgia

ATLANTA, July 03, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1934.  LACOREY POWELL v. HEATH WILLIAMS et al.

This case originated as a dispossessory proceeding in magistrate court.  The magistrate court entered a judgment in favor of Defendant Lacorey Powell, and Plaintiffs Heath and Jennifer Williams appealed to state court.  After a bench trial, the state court ruled in favor of the plaintiffs.  Powell filed a notice of appeal to this Court.  We, however, lack jurisdiction.

When a state court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Powell's failure to do so deprives us of jurisdiction over this appeal.  Accordingly, this case is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/03/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*